# EXHIBIT A

## Scott vs Antero

## Case # 1:17-cv-00693

## U.S. District Court, District of Colorado

## Expert Report of Thomas Milstead

## Dated November 16, 2018

**I.     Description of Assignment:** Counsel for Antero Resources engaged me to render an expert opinion as to the industry standard regarding the scope of duties of drilling consultants, the level of expertise to perform drilling consultant work within the industry, operator control over drilling consultants, industry expectations for drilling consultant decision-making, direction of rig crew, opportunity for profit in the industry, the scope of engagements, and how Antero's operations compared to those industry standards.

**II.    Expert Qualifications:** I have a Bachelor of Science degree in Petroleum Engineering from the University Of Texas and over 43 years of drilling and completion experience, including decades of experience performing services as an independent contractor drilling consultant. Further details on my qualifications and experience are identified in the attached resume.

**III.                                                                                                       Information Considered:** In rendering this report I reviewed the Complaint filed in this action, the Master Consulting Services Agreement for Vincent Scott's company, VES Drilling Solutions Inc., invoices VES Drilling Solutions Inc. submitted to Antero, Antero Safety Guidelines from 2013 to 2016, drilling reports, drilling prognosis, and West Virginia oil and gas regulations. I also interviewed several members of Antero's management team and several Antero drilling consultants, and completed an observational visit to an Antero site.

**IV.    Disclosure of Compensation:** Antero has agreed to pay me for the time I spend working on and testifying in this case, at the rate of $500 per hour.

**V.     Prior Testimony:** Within the prior four years I have provided expert testimony in October 2015, in the matter of *John Young v. U.S. Steel Corporation*, Case No. 2010-v-094, Fayette County, Texas state court, at deposition and trial.

CONFIDENTIAL

VI. **Summary of Conclusions:**

**1.) What is the general scope of duties of a drilling consultant, within the industry at large, and with respect to Antero specifically? Do those duties commonly involve the performance of manual labor?**

Based on over four decades of experience in the industry, outside drilling consultants are engaged based on their expertise to make logistical decisions and to analyze and interpret drilling data and well conditions in order to direct on-site drilling operations to achieve the safest and most cost effective completion of oil well drilling. In most respects, drilling consultants are in charge of all operations on location during the drilling phase – surface and subsurface.

Although drilling consultant duties vary somewhat depending on the project, stage, and site conditions, Antero's engagement of drilling consultants and scope of duties they perform are generally consistent with these broader logistical, data interpretation, and decision-making responsibilities that are within the general scope of drilling consultant services in the industry. Antero drilling consultants' duties include making critical logistics decisions, such as project planning, reviewing vendor arrangements (such as the amount of mud, cement, casing and other supplies to order, driving project timeliness, and determining product, equipment, and supply decisions). These determinations have a significant impact on the efficiency of the drilling of the well, and require good judgment, planning, and specific experience in this role. In drilling operations, time is money, and making poor logistics decisions as to product orders, vendors, and scheduling, can impact the rate and efficiency of the drilling phase.

In addition, drilling consultants are responsible for making real time decisions and adjustments based on their analysis of the data and hole or well conditions. For example, drilling consultants analyze and interpret data on Pason/Wellview systems, which provide a data display that allows the drilling consultant to observe on a computer screen what is happening with the rig drilling operation on a real-time basis. These systems provide data on pipe rotation, pressure, weight on the bit, circulation, and other factors. Monitoring and understanding this data requires a high level of skill, expertise, and judgment. Drilling consultants are also responsible for responding to well or hole problems and unanticipated events, such as a loss of circulation, tight hole, packing off, lack of directional control, and taking a kick/influx of formation fluids (i.e., well control). Not making the correct interpretive decisions and responses can damage equipment, create safety risks, or slow the rate of drilling.

Drilling consultants are also responsible for providing expert direction to the rig crews and vendors during the drilling phase. To do so, they must have a working knowledge of regulatory requirements and safety compliance.

The success or failure of the well drilling rests on a the drilling consultant's shoulders. Based on my experience working for major oil companies, major and small independents, these duties are very common practice for other operators.

I did not observe any performance of manual labor by any Antero drilling consultant. In my four decades in the industry, it has been my experience across all operators that I and other drilling consultants have generally not performed manual labor. Rather, they do most of their work indoors, in front of a desk, working the phones or using a computer to monitor wellsite conditions and prepare reports. Manual labor is simply not the role of the drilling consultant. To the contrary, is considered unsafe for a drilling consultant to perform manual labor and physical work of that kind does not fall in a drilling consultant's scope of work. If a drilling consultant is found to have engaged in manual labor that would be considered improper, and out of the drilling consultant's scope work.

**2.) What level of expertise/experience is generally expected/needed to perform as a drilling consultant? How is that experience/expertise applied, if at all, in practice, within the industry, and with respect to Antero specifically?**

A substantial amount of experience and expertise is required to perform the high-level scope of work of a drilling consultant. Because much of the drilling consultant's role depends upon interpreting site data and determining the appropriate adjustments and response, it is critical for the drilling consultant to have a depth of expertise to properly understand the site data and develop the right intuitions in terms of how to analyze and respond to that data.

A drilling consultant is in no way an "entry level," low-skill, or low-experience position. In four decades in the industry, although I have seen the specific requirements vary, operators are generally looking for extensive experience in the drilling consultants they retain, which is why they are in demand and why they contract with producers at such a high level of compensation. Antero's expectation aligns with this industry standard in that Antero is generally looking for a combined 10 years' prior industry experience. Antero looks for at least 5 years' experience as a driller, "toolpusher," or directional drilling followed by 5 years as a drilling consultant.

Experience, expertise and intuition built on prior engagements in the industry is absolutely key in this role for a number of reasons. For example, many times, the value of a drilling consultant's expertise is related to having experience in a specific geological play area, which is a collection of oil or gas fields in the same geological region. In particular, drilling consultants may have significant experience in a specific horizontal play, *i.e.* the Marcellus shale play in Northern Appalachia, or Utica

shale play in the Appalachian basin, as is the case with Antero or other operators in the Eastern United States. Drilling consultants who work in such areas usually have the local knowledge and experience base to operate in a specific play, which means they are aware of potential drilling issues unique to that geological formation that arise, and have the expertise to solve them. The drilling consultant's experience in local conditions means they are aware of subsurface tendencies, including known problems in different zones, in particular in the lateral horizontal drilling of the wells. They will understand different quality air to get to the next casing point, or adjustments in building a curve and putting in tangents, adjustments to move kickoff points higher. Even at a specific location, on a pad the wells all may drill differently and more efficiently based on decision-making, including bit selection, motor selection, and other variables. In this process, drilling consultants are analyzing data, surveys, taking information from the crews, and making adjustments. Drilling consultants' knowledge of the nuances of operating in these specific areas adds value to the operator by reducing trouble time on the well, and enables more efficient drilling and less costs.

It is common for drilling consultants to make the investment in developing their industry experience to qualify to perform this high level consulting work, and many come up through the drilling contractor route before being engaged as a drilling consultant. Working for a drilling contractor gives a drilling consultant exposure to working with many operators and a broad experience/knowledge base.

**3.) Is the drilling consultant role subject to Antero's control? If so, to what level of direction or control? How does that compare to industry practice**

Within the industry, the level of control an operator has over a drilling consultant's work depends in part on the culture of the operator and the drilling consultant's company contact. However, generally speaking, drilling consultants work independently, in terms of both contract and practice. For example, the "Master Consulting Services Agreement" entered into by Vincent Scott on behalf of his company, VES Drilling Solutions, states that the "Consultant shall have full and complete care, custody, and control over all work, worksites, tools, equipment, and all other modalities of the work, the supervision and safety of all personnel and the step-by-step details of the work, with no rights reserved by the Company to direct the method and manner of any work (as opposed to the results to be obtained.)" This is consistent with my interviews of company management and Antero drilling consultants, who confirmed that the position is to be independently performed, and is not actively managed. It is also consistent with my experience in the industry and as a drilling consultant. The reason drilling consultants are engaged and contractually compensated at high rates is the expertise

they bring to their decision making regarding drilling operations, and their ability to independently perform the position without active supervision.

Antero drilling consultants are subject to minimal direction and are instead expected to use their best judgement in the performance of their duties. From my observation on location, interviews with Antero management, and interviews of drilling consultants, the role is expected to independently operate without any onsite supervision, and is onsite for the purpose of independently evaluating, responding to, and making decisions as to the specific site conditions - without direction from the company. For example, there is generally not a supervisor over the drilling consultant on site on a daily basis. To the contrary, the drilling consultant generally is the site supervisor, and it is the drilling consultant that advises and directs the general parameters of the drilling activity.

The drilling consultant also advises and updates the operator as to drilling status and decision-making by reports to the drilling superintendent daily via drilling reports and morning conference calls, as needed. And the company asks questions to ensure that the contracted service is being provided, and that the drilling consultant is keeping the company apprised of progress. But the company is not directing the minute by minute decision-making of the drilling consultant, and the role requires someone capable of independent decision-making. In contrast to Antero, I have seen other operators with more detailed protocols or active direction, such as Exxon or BHP.

There are general Antero safety guidelines that anyone on location must follow, but from my review, those are consistent with industry standards and are higher level guidance intended to protect personnel and to comply with regulations, rather than any specific direction as to how to interpret site data and any associated decision-making that drilling consultants make on a daily basis. Antero also issues a drilling prognosis for its wells, which provides guidelines as to the drilling of the well, but in my experience, the drilling consultants are engaged because they have a decade or more of experience with rigs and they are capable of seeing the problems in both reviewing data and observation and managing and monitoring the actual well, and are expected to trouble shoot, and come up with solutions. This involves a multitude of wellsite issues, which can include lost circulation, tight hole, packing off, lack of directional control, taking a formation fluid influx (also known as "kick," which could cause a blowout if not properly handled), surface equipment failure, and any number of other issues requiring judgment and response by the drilling consultant. The drilling consultant must be able to make modifications to react to these hole conditions.

**4.) Do the drilling consultant's duties involve the exercise of decision making, independent judgment, and discretion? If so, how?**

In my industry experience, drilling consultants must make a number of discretionary calls and apply their judgment in interpreting data and site conditions on a daily basis. Based on my interviews with Antero management, interview of Antero drilling consultants, and observations this is true of Antero drilling consultants as well.

Drilling consultants are rendering a judgment and expertise-driven service and are expected to make decisions in response to what they are observing onsite. In my experience, that is why operators retained me for projects. Good operators give their consultants this latitude. Drilling consultants are performing a leadership, management, and a highly-skilled role, possessing a unique skill set, which is why the role commands high contracted rates (for example in Vincent Scott's case as high as $1,500 per day.) . Drilling consultants make hundreds of decisions daily affecting the outcome of the well, from logistics, to data analysis and response, to responding to unanticipated well and drilling conditions. Because the role requires the direction of other rig hands, it requires a certain knowledge and skill set to communicate effectively.

The drilling prognosis for a particular well is a guide for drilling the well, but even with the prognosis a well cannot be drilled without on-site judgment and decision-making by the drilling consultant. Drilling consultants have the discretion to deviate and improvise when there is good reason to do so. They are required to troubleshoot and come up with solutions to efficiently drive the completion of drilling. The culture I observed at Antero is based upon a trust and confidence in their drilling consultants, and not active direction or supervision. That is consistent with my experience in the industry, where I performed as a drilling consultant without daily onsite supervision or management by the operator.

As stated above, drilling consultants make logistics decisions, such as project planning, monitoring of vendor performance, which have a significant impact on the efficiency of the drilling of the well, and require good judgment, planning, and specific experience in this role.

In addition, drilling consultants are responsible for making real-time decisions and adjustments based on their analysis of the data and location and well conditions, as noted in the discussion of the scope of their duties and work. Drilling consultants also make other directional adjustments based on data and observation. Not making the correct interpretive decisions and responses can damage

equipment or slow the rate of the drilling. This can include trouble shooting or planning for delivery of large equipment being transported on narrow roads, making adjustments and accounting for weather, making directional adjustments, responding to equipment failures, and other troubleshooting and problem solving to drive the well drilling to efficient completion. Drilling consultants are also are responsible for providing expert direction to the rig and crews, vendors during the drilling phase, and must have a working knowledge of regulatory requirements and safety compliance.

### 5.) Does any aspect of the drilling consultant's scope of work involve management or direction of others? If so, how so?

Drilling consultants' scope of work involves direction of other crews on the location and rig during drilling operations. Well drilling operations generally consist of rig crew, directional crew(?), and fluid crews. The drilling consultant is responsible for advising and directing these workers. During drilling operations Antero drilling consultants are either monitoring the data on Pason/Wellview, making rounds on location to make observations and obtain information from the rig crew, toolpusher, directional hands, mud engineer, HSE personnel, or making logistical decisions and giving direction to vendors. This includes conversations with crews on location that allow the drilling consultant to gather information about the progress of the drilling operation and any issues that require resolution. Improvisation and adjustments are made by drilling consultants based on wellsite conditions. This includes directional adjustments to account for geologic nonconformity, adjustments to kickoff points, rates of build, the performance of the directional crew's tools and whether adjustments are needed, whether vendors have sourced and appropriately timed delivery of product and equipment, evaluating BOP testing and any needed adjustments, and reviewing and evaluating information from these teams and crews regarding wellsite conditions and drilling progress.

### 6.) Do drilling consultants have (or not have) the opportunity to influence their profits and losses?

Yes, drilling consultants are a high skill, high experience contracted role, and their contractual engagements are generally extremely highly compensated. I have reviewed the invoices of Vincent Scott's company, VES Drilling Solutions, and note that his company received the contractual rate of $1,100 - $1,500 a day in 2013 and 2014. In my experience, drilling consultants can earn $200,000 to $300,000 dollars per year or more, while working as little as half the year, depending upon their contracted engagements and how much they choose to work. Operators such as Antero pay that sort of substantial contract rate to the drilling consultant to apply their expertise to advise and direct a portion

of the drilling operation on a project basis. In the West Virginia gas fields where Mr. Scott worked, inexperienced manual laborers cannot earn anywhere close to what a drilling consultant makes.

From a review of VES Drilling Solution's invoices and my interview with Antero management, I understand that through his company, Scott typically provided services on a 14-day on and 14-day off schedule. Drilling consultants can seek out and contract for work with other operators. The agreement between Antero and VES Drilling Solutions does not contain any prohibition against the company (or Vincent Scott) providing services to other operators. One further option for Scott and his company to maximize or influence their profits, as with any other contractor, would be to take on additional work for Antero or other operators. In my experience, contractors can influence their profit, by taking on higher rate contracts, providing more services to an operator they are already providing services for, or seeking out the most lucrative engagements.

### 7.) Do contractors or Antero supply (or receive) the tools/instrumentalities for performing the position?

This question has limited application to a drilling consultant role. Based on my experience performing contracted drilling consultant services, a drilling consultant is generally not a "tool" or "instrument" driven contracted role, and drilling consultants are not performing manual labor, or tool-driven labor or services. They are not on the rig, handling pipe, or engaging in those types of related manual duties. Antero provides tools to the rig workers, but the expectation is that those tools will not be utilized by drilling consultants, as that is not within their scope of work. Drilling consulting is largely an analytical position. The key "tool" that drilling consultants bring to the performance of their role is their experience and judgment in the industry, their ability to interpret data and make judgments based on that data, their ability to project plan, and their ability to collaboratively work with and direct rig crew in drilling operations. Drilling consultants are operating at a different level, performing a different scope of work that does not center upon instruments and tools, other than generally being on site. Consultants do furnish their own cell phone.

### 8.) Do contractors perform services on a project-by-project basis or otherwise?

Drilling consultants are engaged on various projects of various length, but in my experience in the industry, this is a highly transitory role, in which drilling consultants will perform services to the highest bidding operator, and the length of the engagement will be contingent upon the drilling program, and proposed activity as dictated by budget, profitability, and land department of the operator. For example, my resume is typical of a drilling consultant who has conducted business in this

role for decades in the industry. I have contracted as an independent contractor drilling consultant with over 40 operators - that is not unusual for a long-term drilling consultant. Drilling consultants are not "permanently" engaged on a well. To the contrary, they have a limited, project determined engagement to provide their expertise to supervise the drilling of the well. Once the well enters production - the drilling consultant's piece of the project is completed. Drilling consultants are engaged project-by project, which could be short term /long term, or well by well. The scope of the drilling consultant's work is solely to advise on drilling from spud to target depth and to advise on running production casing on a well. Drilling consultants are not involved in completion work.

_____
Thomas Milstead