IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-0693-WJM-SKC

VINCENT SCOTT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

ANTERO RESOURCES CORP.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant Antero Resources Corporation's Second Amended Motion for Summary Judgment, and Denying as Moot Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Decertification [ECF 212] entered by Judge William J. Martínez on May 20, 2021, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant Antero Resources Corporation's Second Amended Motion for Summary Judgment [ECF 205] is granted. It is further

ORDERED that Plaintiffs' Amended Motion for Partial Summary Judgment [ECF 206] is denied as moot. It is further

ORDERED that Defendant's Motion for Decertification [ECF 138] is denied as moot. It is further

ORDERED that final judgment is hereby entered in favor of Defendant and against Plaintiffs. It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

This case will be closed.

DATED at Denver, Colorado this 20th day of May, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
    Anna Frank, Deputy Clerk