**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00693- WJM-SKC

VINCENT SCOTT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ANTERO RESOURCES CORP.,

    Defendant.

---

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PRJUDICE

---

    Plaintiffs Vincent Scott, Carl D. Whitson Jr, Charles Whitson, Cort Humes, Darren W. Snyder, Jason Bussey, Jay Sandquist, Jermiah Mercer, Michael Summers, Mike Ward, Regan Johnson, Steve Durment, Thomas Riordan, and Virgil Gaither and Defendant, Antero Resources Corp., move for an entry of an Order dismissing this matter with prejudice and represent that the Parties have fully and finally resolved all claims that form the subject matter of this action.  The Parties agree and stipulate that this action and the claims of each Plaintiff should be dismissed with prejudice and without costs to either party as against the other.  Accordingly, the Parties respectfully request that the Court enter an Order of Dismissal with Prejudice that dismisses this lawsuit and the claims of each Plaintiff.

| | |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted, |
| */s/ Andrew W. Dunlap* | */s/ Joshua F. Alloy* |
| Andrew W. Dunlap | Joshua F. Alloy |
| **JOSEPHSON DUNLAP LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 11 Greenway Plaza, Suite 3050 | 601 Massachusetts Ave., NW |
| Houston, TX 77046 | Washington, DC 20001 |
| Tel.: 713-352-1100 | Telephone: (202) 942-5895 |
| Fax: 713-352-3300 | Facsimile: (202) 942-5999 |

adunlap@mybackwages.com

AND

Richard J. (Rex) Burch
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, TX 77046
Tel.: 713-877-8788
Fax: 713-844-8065
rburch@brucknerburch.com

*Attorneys for Plaintiffs*

joshua.alloy@arnoldporter.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record via the Court's ECF system on July 27, 2023.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**