# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 17-cv-0693-WJM-SKC

VINCENT SCOTT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

ANTERO RESOURCES CORP.,

    Defendant.

---

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the Parties' Joint Motion for Order of Dismissal with Prejudice, filed July 28, 2023 (ECF No. 240). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion for Order of Dismissal is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 31st day of July, 2023.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge